UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BARNARD M R BEY, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>K. STONE, D.B. KNIGHT, T. CARTER, and A. )<br>ANDREW, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:19-CV-540-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court is satisfied that there is no clear error on the face of the record and adopts the conclusions in the M&R. The court has reviewed plaintiff's objections to the M&R. Plaintiff's objections are baseless and overruled.

In sum, Bey's application to proceed in forma pauperis [D.E. 1] is DENIED, and Bey's complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on February 28, 2020, and Copies To:**

Barnard M R Bey                    (Sent to 12255 Old Smithfield Rd. Bailey, NC 27807 via US Mail)

DATE:                              PETER A. MOORE, JR., CLERK

February 28, 2020                  (By) /s/ Nicole Sellers

                                   Deputy Clerk